## BURKHIMER v. HARROLD

No. 141 PC.

Case below: 20 N.C. App. 174.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

## FOOD SERVICE v. BALENTINE'S

No. 98 PC.

Case below: 19 N.C. App. 654.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 9 January 1974.

## HIGGINS v. BUILDERS & FINANCE, INC.

No. 128 PC.

Case below: 20 N.C. App. 1.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.

## MEZZANOTTE v. FREELAND

No. 110 PC.

Case below: 20 N.C. App. 11.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.

## PAPER CO. v. BOUCHELLE

No. 117 PC.

Case below: 19 N.C. App. 697.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 9 January 1974.